**Herman P. Baker, appellant, v. Bert H. Minks, appellee. Gen. No. 7,498.**
Action to recover value of electric light fixtures removed by tenant. Judgment for defendant. Appeal from the Circuit Court of Henry county; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed June 8, 1925. Rehearing denied and opinion slightly modified September 26, 1925.
James N. Cummings, for appellant. Andrews & O'Connor, for appellee.
Mr. Justice Partlow delivered the opinion of the court.

---

**Louis M. Koren, appellee, v. Alliance Insurance Company of Philadelphia, Pennsylvania, appellant. Gen. No. 7,508.**
Action on insurance policy for theft of automobile. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed June 15, 1925.
John E. Cassidy and Charles V. O'Hern, for appellant. P. E. Mann and George B. Sucher, for appellee.
Mr. Justice Partlow delivered the opinion of the court.

---

**Joseph G. Rigg, administrator of the estate of Raymond G. Rigg, deceased, appellee, v. James Callahan and John Callahan, appellants. Gen. No. 7,370.**
Action to recover for wrongful death in automobile and truck collision. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed June 27, 1925. Rehearing denied and opinion slightly modified October 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).
E. M. Runyard, for appellants. Sidney H. Block and George W. Field, for appellee.
Mr. Justice Jett delivered the opinion of the court.

---

**Frank K. Duzenbery, administrator of the estate of Roy V. Duzenbery, deceased, appellee, v. The Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 7,471.**
Action to recover damages for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed July 11, 1925.
Free P. Morris and Roscoe C. South, for appellant; L. J. Hackney and H. N. Quigley, of counsel. A. F. Goodyear and Robert F. Goodyear, for appellee.
Mr. Justice Partlow delivered the opinion of the court.